UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of the Search Regarding:   No. ___4:21-mj-221___

21-240-04

**REDACTED APPLICATION FOR
SEARCH AND SEIZURE WARRANT**

I, David Sundet, being duly sworn depose and say:

I am a Special Agent with the United States Department of Justice, Drug Enforcement Administration and have reason to believe that on the property or premises as fully described in Attachment A, attached hereto and incorporated herein by reference, there is now concealed certain property, namely: that which is fully described in Attachment B, attached hereto and incorporated herein by reference, which I believe is property constituting evidence of the commission of criminal offenses, contraband, the fruits of crime, or things otherwise criminally possessed, or property designed or intended for use or which is or has been used as the means of committing criminal offenses, concerning violations of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

The facts to support a finding of Probable Cause are contained in my Affidavit filed herewith.

_____ SPECIAL AGENT
David Sundet, ~~Task Force Officer~~
Drug Enforcement Administration

Sworn to and subscribed before me, telephonically, on the 6th day of December, 2021, at Sioux Falls, South Dakota.

_____
VERONICA L. DUFFY
United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of the Search Regarding:        No. ___4:21-mj-221_____

21-240-04                                     **REDACTED SEARCH
                                              AND SEIZURE WARRANT**

TO:   ANY AUTHORIZED LAW ENFORCEMENT OFFICER

An application by a federal law enforcement officer or an attorney for the government requests the search of the following property more fully described in Attachment A, attached hereto and incorporated herein by reference.

I find that the affidavit, or any recorded testimony, establish probable cause to search and seize the property described above, and that such search will reveal evidence of violations of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, which is more fully described in Attachment B, attached hereto and incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before December 20, 2021 _____ (not to exceed 14 days)
☐ in the daytime – 6:00 a.m. to 10:00 p.m.
☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the undersigned Judge.

December 6, 2021 at 1:15 p.m. CST _____ at Sioux Falls, South Dakota
Date and Time Issued Telephonically

*Veronica 2. Duffy*
_____
VERONICA L. DUFFY
United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of the Search of:   No. ___4:21-mj-221_____

21-240-04                         **REDACTED RETURN**

Date and time warrant executed: _____

Copy of warrant and inventory left with: _____

Inventory made in the presence of: _____

Inventory of the property taken and name of any person(s) seized (attach additional sheets, if necessary):

| **CERTIFICATION** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>David Sundet, Special Agent<br>Drug Enforcement Administration |

[2]

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of the Search Regarding:

21-240-04

No. ____4:21-mj-221____

**REDACTED ATTACHMENT A**

**Property to Be Searched**

1. The cellular telephone assigned call number ▮▮▮▮▮▮▮▮ ("**Target Cellular Device**") that is stored at premises controlled by T-Mobile USA, a wireless telephone service provider headquartered 4 Sylvan Way, Parsippany, New Jersey.

2. Records and information about the location of the **Target Cellular Device** that is within the possession, custody, or control of T-Mobile USA, including information about the location of the cellular telephone if it is subsequently assigned a different call number.

[3]

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of the Search Regarding:   No. ____4:21-mj-221____

21-240-04                                **REDACTED ATTACHMENT B**

**Particular Things to be Seized**

**I.   Information to be Disclosed by the Provider**

All information about the ███████████████████████████ ███████████████ ("**Target Cellular Device**") for the time period starting the date of issuance of the search warrant, until 30 days from the date of issuance of the search warrant, during all times of day and night. ███████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ██████████████████████████████████████.

To the extent that the information described in the previous paragraph (hereinafter, "██████████████████") is within the possession, custody, or control of T-Mobile USA, T-Mobile USA is required to disclose the ███████ ████████████████████████████████████████████████

[4]

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████.

To the extent that the ███████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████.

### II.   Information to be Seized by the Government

All information described above in Section I that discloses the ████████

███████████████████████████████████████████████████████████

█████████████████████████████████████████.

[5]

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of the Search Regarding:<br><br>21-240-04 | No. __4:21-mj-221__<br><br>**REDACTED AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT** |

STATE OF SOUTH DAKOTA  )
                       :SS
COUNTY OF MINNEHAHA    )

I, David Sundet (hereafter referred to as Affiant), Drug Enforcement Administration (DEA) Special Agent in Sioux Falls, South Dakota, being duly sworn, depose and state the following:

**INTRODUCTION AND AGENT BACKGROUND**

1. Your Affiant makes this affidavit in support of an application for the extension of a search warrant for information associated with a certain cellular telephone assigned call number ▬▬▬▬▬ (**"TARGET CELLULAR DEVICE"**) that is stored at premises controlled by T-Mobile USA, a wirelesss telephone service provider, headquartered at 4 Sylvan Way, Parsippany, New Jersey. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. § 2703(c)(1)(A) to require T-Mobile USA to disclose to the government copies of the information further described in Section I of Attachment B. Upon receipt of the information described in Section I of

[1]

Attachment B, government-authorized persons will review the information to locate items described in Section II of Attachment B.

2. Because this warrant seeks the prospective collection of information, including cell-site location information that may fall within the statutory definitions of information collected by a "pen register" and/or "trap and trace device," *see* 18 U.S.C. §§ 3127(3) and 3127(4), the requested warrant is designed to also comply with the Pen Register Act. See 18 U.S.C. §§ 3121-3127. The requested warrant therefore includes all the information required to be included in an order pursuant to that statute. See 18 U.S.C. § 3123(b)(1).

3. Your Affiant is an "investigative law enforcement officer" within the meaning of Title 18, United States Code, Section 2510(7), and is authorized by law to conduct investigations and make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

4. Your Affiant is a Special Agent with the Drug Enforcement Administration, the U.S. Justice Department, and has been so employed since August 2019. Your Affiant is currently assigned to the DEA Sioux Falls Resident Office (SFRO) in Sioux Falls, SD, and is charged with investigating drug trafficking and money laundering violations under Title 18 and Title 21 of the United States Code. Your Affiant has received 16 weeks of specialized training in Quantico, Virginia, pertaining to drug identification and drug trafficking, undercover operations, and electronic and physical surveillance procedures. Before becoming a Special Agent with the DEA, your Affiant was a Texas Peace Officer with the Killeen Police Department of Killeen, Texas, and prior to that, a

[2]

Federal Maritime Law Enforcement Officer with the U.S. Coast Guard, Department of Homeland Security.

5. The facts in this affidavit come from your Affiant's personal observations, his training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of his knowledge about this matter.

6. Your Affiant knows from his training and experience that persons involved in the possession and distribution of controlled substances will often utilize vehicles not registered in their name and/or utilize rental vehicles to transport illegal substances, firearms and monies in efforts to conceal their identity from law enforcement. They will also travel outside the State of South Dakota in furtherance of their illegal enterprise to obtain controlled substances, to pay for controlled substances or to transport or spend the proceeds of the sale of controlled substances.

7. Your Affiant knows from his training and experience that individuals involved in the possession and distribution of controlled substances will often utilize electronic devices such as mobile telephones, electronic address books, computers, etc., to facilitate communications with and/or store names, addresses, and/or telephone numbers of associates, customers and sources of supply.

8. Through training and experience, your Affiant knows that many modern mobile telephones have the ability to create, send, receive, and store

[3]

digital media files in the form of digital photographs, audio and video recordings, and written messages such as text messages or email. Through training and experience, your Affiant knows that individuals involved in the possession and distribution of controlled substances will carry their cellular telephones on their person. Having the ability to have precise GPS location of that telephone will enable law enforcement to safely and surreptitiously conduct surveillance of their illegal narcotic activities. Through training and experience, your Affiant knows that individuals involved in the possession and distribution of controlled substances will often change their cellular telephone numbers if they suspect it has been compromised and/or detected by law enforcement.

9. Based on the facts set forth in this affidavit, your Affiant believes there is probable cause to believe that violations of ███████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████.

**PROBABLE CAUSE**

10. In ███████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████

[4]

███████████████████████████████████████
███████████████████████████████████████.

11. Through ███████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
█████████████████████████████.

12. ██████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
█████████████████████████████.

13. On ████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

[5]

14. ████████

15. On ████████

16. ████████

[6]

[REDACTED]

## CELLULAR TELEPHONE PROVIDER RECORDS

17. In his training and experience, your Affiant has learned that T-Mobile USA is a company that provides cellular telephone access to the general public. Your Affiant also knows that providers of cellular telephone service have technical capabilities that allow them to collect and generate information about the locations of the cellular telephones to which they provide service, including cell-site data, also known as "tower/face information" or "cell tower/sector records." Cell-site data identifies the "cell towers" (i.e., antenna towers covering specific geographic areas) that received a radio signal from the cellular telephone and, in some cases, the "sector" (i.e., faces of the towers) to which the telephone connected. These towers are often a half-mile or more apart, even in urban areas, and can be 10 or more miles apart in rural areas. Furthermore, the tower closest to a wireless device does not necessarily serve every call made to or from that device. Accordingly, cell-site data provides an approximate location of the cellular telephone but is typically less precise than other types of location information, such as E-911 Phase II data or Global Positioning Device ("GPS") data.

18. Based on his training and experience, your Affiant knows that T-Mobile USA can collect cell-site data about the **TARGET CELLULAR DEVICE**.

[7]

Your Affiant also knows that wireless providers such as T-Mobile USA typically collect and retain cell-site data pertaining to cellular phones to which they provide service in their normal course of business in order to use this information for various business-related purposes.

19.　Based on his training and experience, your Affiant knows that T-Mobile USA can collect cell-site data on a prospective and historic basis about the **TARGET CELLULAR DEVICE**. Based on his training and experience, your Affiant knows that for each communication a cellular device makes, its wireless service provider can typically determine: (1) the date and time of the communication; (2) the telephone numbers involved, if any; (3) the cell tower to which the customer connected at the beginning of the communication; (4) the cell tower to which the customer was connected at the end of the communication; and (5) the duration of the communication. Your Affiant also knows that wireless providers such as the Service Provider typically collect and retain cell-site data pertaining to cellular devices to which they provide service in their normal course of business in order to use this information for various business-related purposes.

20.　Based on his training and experience, your Affiant knows that some service providers can also collect per-call measurement data, which some refer to as the "real-time tool" ("RTT"). RTT data estimates the approximate distance of the cellular device from a cellular tower based upon the speed with which the signals travel between the device and the tower. This information can be used

[8]

to estimate an approximate location range that is more precise than typical cell-site data.

21. Based on his training and experience, your Affiant knows that T-Mobile USA can provide periodic location updates (PLU) via email at intervals of no less than 15 minutes. This tool will provide more precise radius in an urban area where there are a lot of towers. In more rural areas with less towers, you will see a larger radius. The latitude and longitude measurements are based on the T-Mobile USA 3G/4G cell site and sector data obtained from a T-Mobile USA Mobile Switching Center/Mobility Management Entity. The measurements are best estimates and are not related to any GPS measurement. The accuracy of the estimated distance depends on many factors such as power, beam width, and orientation of the antenna. Note that any radius reading over 1000m should not be considered an accurate calculation of the distance from the estimated latitude/longitude. Additionally, provided is a link to Google Maps, which indicates where Google Maps plots the latitude and longitude measurements. T-Mobile USA makes no representation as to the accuracy of Google Maps.

22. Based on his training and experience, your Affiant knows each cellular device has one or more unique identifiers embedded inside it. Depending on the cellular network and the device, the embedded unique identifiers for a cellular device could take several different forms, including an Electronic Serial Number ("ESN"), a Mobile Electronic Identity Number ("MEIN"), a Mobile Identification Number ("MIN"), a Subscriber Identity Module ("SIM"), a Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), an

International Mobile Subscriber Identifier ("IMSI"), or an International Mobile Equipment Identity ("IMEI"). The unique identifiers – as transmitted from a cellular device to a cellular antennae or tower – can be recorded by pen-trap devices and indicate the identity of the cellular device making the communication without revealing the communication's content.

23. Based on his training and experience, your Affiant knows that wireless providers such as T-Mobile USA typically collect and retain information about their subscribers in their normal course of business. This information can include basic personal information about the subscriber, such as name and address, and the method(s) of payment (such as credit card account number) provided by the subscriber to pay for wireless communication service. Your Affiant also knows that wireless providers such as T-Mobile USA typically collect and retain information about their subscribers' use of the wireless service, such as records about calls or other communications sent or received by a particular device and other transactional records, in their normal course of business. In his training and experience, this information may constitute evidence of the crimes under investigation because the information can be used to identify the **TARGET CELLULAR DEVICE**'s user or users and may assist in the identification of co-conspirators and/or victims.

## AUTHORIZATION REQUEST

24. Based on the foregoing, your Affiant requests that the Court issue the proposed search warrant, pursuant to Federal Rule of Criminal Procedure 41 and 18 U.S.C. § 2703(c).

[10]

25. Your Affiant further requests that the Court direct T-Mobile USA to disclose to the government any information described in Attachment B that is within its possession, custody, or control. Your Affiant also requests that the Court direct T-Mobile USA, to furnish the government all information, facilities, and technical assistance necessary to accomplish the collection of the information described in Attachment A unobtrusively and with a minimum of interference with T-Mobile USA services, including by initiating a signal to determine the location of the **TARGET CELLULAR DEVICE** on T-Mobile USA network or with such other reference points as may be reasonably available, and at such intervals and times directed by the government. The government shall reasonably compensate T-Mobile USA for reasonable expenses incurred in furnishing such facilities or assistance.

26. Your Affiant further requests that the Court authorize execution of the warrant at any time of day or night, owing to the potential need to locate the **TARGET CELLULAR DEVICE** outside of daytime hours.

*[signature]*
David Sundet
Special Agent
US Drug Enforcement Administration

Sworn to and subscribed before me, telephonically, on the ___6th___ day of December, 2021, at Sioux Falls, South Dakota.

*[signature]*

VERONICA L. DUFFY
United States Magistrate Judge
[11]

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of the Search Regarding:

21-240-04

No. _____4:21-mj-221_____

**REDACTED ATTACHMENT A**

**Property to Be Searched**

1. The cellular telephone assigned call number ▮▮▮▮▮▮▮▮ ("**Target Cellular Device**") that is stored at premises controlled by T-Mobile USA, a wireless telephone service provider headquartered 4 Sylvan Way, Parsippany, New Jersey.

2. Records and information about the location of the **Target Cellular Device** that is within the possession, custody, or control of T-Mobile USA, including information about the location of the cellular telephone if it is subsequently assigned a different call number.

[12]

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of the Search Regarding:  No. ____4:21-mj-221____

21-240-04  **REDACTED ATTACHMENT B**

**Particular Things to be Seized**

**I.   Information to be Disclosed by the Provider**

All information about the ███████████████████ ███████████████ ("**Target Cellular Device**") for the time period starting the date of issuance of the search warrant, until 30 days from the date of issuance of the search warrant, during all times of day and night. ████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████.

To the extent that the information described in the previous paragraph (hereinafter, "███████████████") is within the possession, custody, or control of T-Mobile USA, T-Mobile USA is required to disclose the ████████

███████████████████████████████████████████████

███████████████████████████████████████████████

[13]

███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
█████████████.

To the extent that the █████████████████████
███████████████████████████████████
███████████████████████████████████
█████████████.

## II. Information to be Seized by the Government

All information described above in Section I that discloses the █████████
███████████████████████████████████
███████████████████████████.

[14]